**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Ave., Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:  (619) 233-7770
Facsimile:   (619) 297-1022

*Attorneys for Plaintiff,*
Maria Spaeth

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA SPAETH,<br><br>          Plaintiff,<br><br>     v.<br><br>SYNCHRONY FINANCIAL d/b/a SYNCHRONY BANK; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION LLC,<br><br>          Defendants. | **Case No.:** CV16-5582 JAK (FFMx)<br><br>**NOTICE OF SETTLEMENT RE: DEFENDANT TRANS UNION LLC ONLY**<br><br>**HON. JOHN A. KRONSTADT** |

///

**NOTICE IS HEREBY GIVEN** that the dispute between Plaintiff MARIA SPAETH ("Plaintiff") and Defendant TRANS UNION LLC ("Trans Union") has been resolved in its entirety. The Parties anticipate filing a Joint Motion for Dismissal of Trans Union with Prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements with regard to Trans Union be vacated and that the Court set a deadline on or after January 28, 2017 for filing a Joint Dismissal.

Dated: November 28, 2016                    Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: ____/s/ Matthew M. Loker____
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement re: Trans Union* has been filed this 28th day of November, 2016, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

___/s/ Matthew M. Loker____
Matthew M. Loker