# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SPAETH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SYNCHRONY FINANCIAL d/b/a SYNCHRONY BANK; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION LLC,<br><br>　　　　　Defendants. | **Case No.:** CV16-5582 JAK (FFMx)<br><br>**ORDER GRANTING CASE DISMISSED AGAINST DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |

Based upon the Parties' Joint Dismissal, and good cause, this Court hereby orders Defendant EXPERIAN INFORMATION SOLUTIONS, INC. to be, and is, dismissed without prejudice. Each Party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: November 30, 2016

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

ORDER　　　　　　　　　　　　　　　　　　　　　　　　　　　CV16-5582 JAK (FFMx)