**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARIA SPAETH,**<br><br>          Plaintiff,<br><br>     v.<br><br>**SYNCHRONY FINANCIAL d/b/a SYNCHRONY BANK; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION LLC,**<br><br>          Defendants. | **Case No.:** CV16-5582 JAK (FFMx)<br><br>**ORDER GRANTING CASE DISMISSED AGAINST SYNCHRONY FINANCIAL d/b/a SYNCHRONY BANK ONLY** |

    Based upon the Parties' Joint Dismissal, and good cause, this Court hereby orders Defendant SYNCHRONY FINANCIAL d/b/a SYNCHRONY BANK to be, and is, dismissed without prejudice.  Each Party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: November 30, 2016

_____
Hon. John A. Kronstadt
United States District Judge

---

Order                                                                                   CV16-5582 JAK (FFMx)